BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Andrew Kent | § | Case No.: 23−42792−mxm7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 3/27/24

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Deanna Chambers, Deputy Clerk